UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-08774-JAK (ASx) | Date | April 11, 2023 |
|---|---|---|---|
| Title | *Angela Nails v. Grifols Bio Plasma Corporate et al.* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants |
| N/A | | N/A |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE**

On February 21, 2023, the Court issued an Order regarding the settlement conference that is scheduled to be held on Thursday, April 13, 2023 at 10:00 a.m. (Dkt. No. 48). That Order directed each party, no later than Monday, April 10, 2023 at noon, to submit a Confidential Settlement Conference Statement directly to the chambers of Magistrate Judge Alka Sagar via email at AS_Chambers@cacd.uscourts.gov. (Id. at 8). The parties were explicitly cautioned that "[f]ailure to timely deliver a confidential settlement conference Statement or otherwise comply with this Order, will . . . result in sanctions being imposed." (Id. at 11).

To date, Plaintiff has failed to submit a Confidential Settlement Statement, seek an extension of time to do so, or otherwise communicate with the Court regarding her failure to submit a Confidential Settlement Statement and follow Court Orders. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than April 12, 2023 at 4:00 p.m.**, why the Settlement Conference should not be taken off calendar and sanctions imposed for Plaintiff's failure to follow Court Orders. This Order will be discharged upon the filing of a Confidential Settlement Statement that complies with the Court's February 21, 2023 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to submit a Confidential Settlement Statement.

The Clerk is directed to serve Plaintiff with this Order by Email and regular mail.

**IT IS SO ORDERED.**

cc:     John A. Kronstadt
         United States District Judge